UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>ROBERT WILSON HACKETT,<br>  Defendant. | Case No.: 2:22-cr-00072-GMN-NJK<br>**Order Setting Hearing**<br>[Docket No. 31] |

Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 31.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for September 8, 2022, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that Defendant and his counsel must be present in the courtroom.

IT IS SO ORDERED.

Dated: August 30, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1